# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY BELLITTI,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY; DOES 1 THROUGH 50 inclusive,<br><br>    Defendants. | Case No. 8:14-cv-00436-CJC-AN<br><br>The Honorable Cormac J. Carney<br><br>Courtroom: 9B<br><br>**ORDER REMANDING ACTION**<br><br>Complaint Filed: January 21, 2014 |

Based on the Stipulation by and between Plaintiff Jeffrey Bellitti and Defendant Allstate Insurance Company regarding Plaintiff's recoverable damages in this matter, hereto attached as Exhibit A, the case is hereby remanded to the Superior Court of the State of California for the County of Orange. The Clerk of Court shall immediately mail a certified copy of this Order to the clerk of the state court pursuant to 28 U.S.C. § 1447(c).

IT IS SO ORDERED:

Dated: June 18. 2014

_____
The Hon. Cormac J. Carney